UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDLE KING, JR., <br><br> Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | CASE NO.   C07-1016-JCC-JPD <br><br> ORDER DISMISSING § 2254 PETITION |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2254 petition (Dkt. No. 5) and this action are DISMISSED as untimely. *See* 28 U.S.C. § 2244(d).

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 14th day of January, 2008.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING § 2254 PETITION